# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

| | |
|---|---|
| In re:<br><br>Theresa Pearson<br>    Debtor | Bk. No. 20–10424–BAH<br>Chapter 7 |

### NOTICE OF DISMISSAL
### (CONTINGENT)

On April 18, 2020, a Chapter 7 Voluntary Petition for Individuals was filed in this case (Doc. No. 1). As required by Administrative Order 5005–4, the attorney filing the document is required to submit a Declaration regarding Electronic Filing, LBF 5005–4 (the "Declaration"). It appears the Declaration was not submitted as required. The case cannot be administered without said Declaration. Accordingly, this case shall be dismissed for failure to submit said Declaration unless the Declaration is submitted on or before **June 4, 2020**.

| | |
|---|---|
| Date: May 21, 2020 | Bonnie L. McAlary<br>Clerk of Court<br>By: /s/ G. Llewellyn<br>Deputy Clerk |

Form ntcdisdec−316