United States Bankruptcy Court
District of New Hampshire

In re:  
Theresa Pearson  
       Debtor

Case No. 20-10424-BAH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0102-1     User: admin     Page 1 of 1     Date Rcvd: May 21, 2020  
                               Form ID: 316     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2020.  
db         +Theresa Pearson,    848 Rollins Road,    Hopkinton, NH 03229-2661

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2020 at the address(es) listed below:  
          Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov  
          Olga L. Gordon    ogordon@murthalaw.com,  
           MA40@ecfcbis.com;jbabula@murthalaw.com;lmulvehill@murthalaw.com  
          Steven M. Notinger    on behalf of Debtor Theresa  Pearson steve@notingerlaw.com,  
           cheryl@notingerlaw.com;debbie@notingerlaw.com  
                                                                                                               TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re:  Bk. No. 20−10424−BAH
        Chapter 7

Theresa Pearson
    Debtor

---

## NOTICE OF DISMISSAL
## (CONTINGENT)

On April 18, 2020, a Chapter 7 Voluntary Petition for Individuals was filed in this case (Doc. No. 1). As required by Administrative Order 5005−4, the attorney filing the document is required to submit a Declaration regarding Electronic Filing, LBF 5005−4 (the "Declaration"). It appears the Declaration was not submitted as required. The case cannot be administered without said Declaration. Accordingly, this case shall be dismissed for failure to submit said Declaration unless the Declaration is submitted on or before **June 4, 2020**.

Date: May 21, 2020                                        Bonnie L. McAlary
                                                          Clerk of Court
                                                          By: /s/ G. Llewellyn
                                                          Deputy Clerk

Form ntcdisdec−316