# United States Bankruptcy Court
## District of New Hampshire

In re **Theresa Pearson**  
Debtor(s)

Case No. **20-10424**  
Chapter **7**

## ORDER TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

The Debtor(s) filed a motion, in accordance with 11 U.S.C. § 706(a), seeking to convert this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code. The court has considered the record, and finds that the case has not been previously converted under 11 U.S.C. § 1112, § 1208 or § 1307.

IT IS ORDERED THAT:

1. The motion is granted.  This Chapter 7 case is converted to a case under Chapter 13.

DATED: June 04, 2020

/s/ Bruce A. Harwood  
**United States Bankruptcy Judge**