# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

---

In re:                                                      Bk. No. 20–10424–BAH
                                                                                       Chapter 13

Theresa Pearson
      Debtor

---

## NOTICE UPON CONVERSION OF CASE UNDER
## CHAPTER 7 TO CASE UNDER CHAPTER 13

A prior order having been entered converting this case, you are notified that:

1. Notwithstanding any other notices creditors may have received prior to the conversion of the case and if creditors have not yet filed a proof of claim, **creditors are now required** to file a proof of claim regardless of whether the creditor's claim has been listed on the debtor's schedules.

2. You will receive a separate notice scheduling the section 341 meeting under the new chapter.

3. The **chapter 7 trustee shall**:

a. forthwith, turn over to the debtor or chapter 13 trustee all records and property of the estate remaining under the trustee's custody and control, and

b. within 30 days of the date of this notice, file an accounting of all receipts and distributions made, together with a report on administration of the case, as required by 11 U.S.C. § 704(9).

4. The **debtor shall** file:

a. within 14 days from the date of this notice, the statements and schedules required by Federal Rule of Bankruptcy Procedure 1007(b), if such documents have not already been filed, and

b. within 14 days from the date of this notice, a chapter 13 plan.

**5. Within 30 days of the date of this notice, the trustee or any professional seeking compensation under the prior chapter must file a fee application.**

6. Lawrence P. Sumski has been appointed chapter 13 trustee.


Date: June 4, 2020                                                                 Bonnie L. McAlary
                                                                                                           Clerk of Court
                                                                                                           By: /s/ Dori Sommer
                                                                                                           Deputy Clerk


Form GTcnv7to13tmp–192