United States Bankruptcy Court

District of New Hampshire

```
* * * * * * * * * * * * * * * *
In Re:  Theresa Pearson       *                    CASE NO.: 20-10424-BAH
                              *                    CHAPTER 7
                      Debtor  *
                              *
* * * * * * * * * * * * * * * *
```

### NOTICE OF APPEARANCE
### AND
### REQUEST FOR SERVICE OF PAPERS

    You are hereby given notice that Brad Davis, Esq. of Davis | Hunt Law, PLLC appears for creditor Katherine P. Drisko to represent her creditor interests in this matter. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by the Federal Bankruptcy Rules and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

                                            Respectfully Submitted,
                                            **Katherine P. Drisko**
                                            By her attorney,

Dated:  June 5, 2020        /s/ Brad Davis
                                          Brad Davis, Esq, BNH **06836**
                                          Davis | Hunt Law, PLLC
                                          780 Central Street
                                          Franklin, NH 03235
                                          (603) 671-5911

                                          brad@davishuntlaw.com