UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In Re:   Theresa Pearson,                                            Case No. 20-10424-BAH
                       Debtor.                                        Chapter 13

**Trustee's Findings from First Meeting of Creditors**

On July 16, 2020, the debtor:
 X    appeared and was sworn
 __   did not appear at the first meeting of creditors

Counsel for the Debtor:
X    appeared
__   did not appear

The following parties in interest appeared:   None

The meeting was continued until N/A

The first plan payment was due on July 4, 2020 and has been made.

　　The Confirmation hearing is scheduled
　　for August 14, 2020 at 9:00 a.m.

**Trustee's Report and Recommendations**

__   The Trustee believes that all requirements
     for relief under Chapter 13 have been met
     and the Trustee will recommend confirmation.

X    The Trustee does not recommend confirmation
     because:

The debtor's Plan is not feasible.

The self-employed debtor must file amended Schedules I and J to show her anticipated gross and net monthly income.

The debtor has not completed the required Affidavit Regarding Domestic Support Obligations and Domicile, Equity, Litigation Status.

The dispute regarding the claim of Katherine Drisko must be resolved.

Date:  July 16, 2020

/s/ Lawrence P. Sumski
Lawrence P. Sumski
Trustee