UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Theresa Pearson
Case No. 20-10424-BAH
Chapter 13
Debtor

**MOTION TO DISMISS**

NOW COMES LAWRENCE P. SUMSKI, Trustee in the above-cited case, and Moves to Dismiss the case, stating as follows:

1.   The Plan is not feasible in that Schedules I and J show monthly net disposable income in the amount of negative $2,940.41, while the Plan requires payments of $500.00 per month for the first 12 months, followed by payments in the amount of $100.00 for the remaining 48 months.

2.   The self-employed debtor has failed to file amended Schedules I and J to show her anticipated gross and net monthly income.

3.   The debtor has failed to complete the required Affidavit Regarding Domestic Support Obligations and Domicile, Equity, Litigation Status.

4.   The dispute regarding the claim of Katherine Drisko must be resolved.

WHEREFORE, the undersigned Chapter 13 Trustee Moves as follows:

A.   That the case be Dismissed for cause pursuant to § 1307.

B.   For such other and further relief as may be just.

Respectfully submitted,


Dated:  July 28, 2020                    /s/ Lawrence P. Sumski
                                         Lawrence P. Sumski
                                         Chapter 13 Trustee
                                         PO Box 329
                                         Manchester, NH  03105-0329
                                         (603) 626-8899
                                         ID# BNH01460