*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF NEW HAMPSHIRE*

In Re: Theresa Pearson
Case No. 20-10424-BAH
Chapter 13
Debtor

## NOTICE OF HEARING

*You are hereby notified that a hearing will be held on the attached Motion to Dismiss the case on September 25, 2020, at the United States Bankruptcy Court for the District of New Hampshire, Warren B. Rudman United States Courthouse, 55 Pleasant Street, Courtroom A, Concord, New Hampshire at 9:00 a.m.*

*You are further notified that an objection to this motion, if any, must be filed with the U.S. Bankruptcy Court and the undersigned on or before September 18, 2020. The date for hearing of such objections shall be as follows September 25, 2020 or at such further date as the Court may provide.*

Respectfully submitted,


Dated: July 28, 2020                    /s/ Lawrence P. Sumski
                                        Lawrence P. Sumski
                                        Chapter 13 Trustee
                                        PO Box 329
                                        Manchester, NH  03105-0329
                                        (603) 626-8899
                                        ID# BNH01460