UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Theresa Pearson  
Debtors

Case No. 20-10424-BAH  
Chapter 13

### Affidavit of Debtor Regarding Domestic Support Obligations and Domicile, Equity, and Litigation Status at the time of Confirmation of the Plan

I, __Theresa Pearson__ and I _____, debtors in the above-cited case, being duly sworn, do solemnly swear on our oaths and make the following statements at the time of the Confirmation of the Plan:

### REGARDING DOMESTIC SUPPORT:

EITHER:

✓ To the best of my knowledge and belief I, __Theresa Pearson__ am not obligated to pay child support or alimony, and owe no money on any Domestic Support Obligation pursuant to any Court Order, Administrative Order, or Statute.

OR:

__ I, _____ am required by a Court order to pay child support or other domestic support. I currently owe money on a Domestic Support Obligation to the following individual(s):

Name and Address of Recipient: _____
_____
_____

Current Status of Obligation: _____

***INCLUDE ALL SUCH OBLIGATIONS***

1

EITHER:

___ To the best of my knowledge and belief I, _____ am not obligated to pay child support or alimony, and owe no money on any Domestic Support Obligation pursuant to any Court Order, Administrative Order, or Statute.

OR:

___ I, _____ am required by a Court order to pay child support or other domestic support. I currently owe money on a Domestic Support Obligation to the following individual(s):

Name and Address of Recipient: _____

Current Status of Obligation: _____

***INCLUDE ALL SUCH OBLIGATIONS***

## REGARDING MY DOMICILE:

✓ We have been continuously domiciled in the State of New Hampshire for at least 730 days (approximately two years) pre-petition
**OR**
___ We have not been continuously domiciled in the State of New Hampshire for the last 730 days (approximately two years); for the majority of the 180 days prior to that date we were domiciled as follows:

_____

**REFERENCING SECTION 522 (o):**
Regarding payments made on the mortgage on our homestead, over the ten year period pre-petition, not counting the regularly required payments, we
___ HAVE
✓ HAVE NOT
paid **EXTRA** mortgage payments totaling more than $10,000.00.

*+ my mother in law paid 231k to pay off the mortgage*

**REFERENCING SECTION 522 (p):**
Regarding our homestead real estate, the date of acquisition of my/our interest was:
Date of acquisition: June 2006
We own no homestead real estate: _____

2

## REGARDING OTHER MATTERS:

To the best of my knowledge and belief:

I HAVE____ or HAVE NOT _✓_ been convicted of a felony involving a financial crime, or for which restitution has been ordered as part of my sentence.

I DO____ or DO NOT _✓_ owe any debt resulting from a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

I HAVE _✓_ or HAVE NOT____ been advised that to receive a discharge I must complete an instructional course concerning personal financial management.

*Theresa Pearson*

To the best of my knowledge and belief:

I HAVE____ or HAVE NOT____ been convicted of a felony involving a financial crime, or for which restitution has been ordered as part of my sentence.

I DO____ or DO NOT ____ owe any debt resulting from a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

I HAVE____ or HAVE NOT____ been advised that to receive a discharge I must complete an instructional course concerning personal financial management.

_____

On this the 10th day of August, 2020, before me, personally appeared Theresa Pearson and has satisfactorily proven to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same voluntarily and for the purposes therein contained.

Before me,

*Cheryl Anne Guerette*
~~Justice of the Peace~~/Notary Public

[Notary Seal: CHERYL ANNE GUERETTE, MY COMMISSION EXPIRES SEPT. 5, 2023, NOTARY PUBLIC, NEW HAMPSHIRE]

I hereby certify that a copy of this affidavit has been sent to the above named Domestic Support Obligee and/or agency, if applicable.

/s/ Lawrence P. Sumski
Lawrence P. Sumski

3