# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:                                                Bk. No. 20-10424-BAH
                                                                     Chapter 13

Theresa Pearson,
        Debtor(s)

## CHAPTER 13 ORDER OF THE COURT

Hearing Date: 08/14/2020 09:00 am

Nature of Proceeding:     **Doc# 20 Chapter 13 Plan Filed by Debtor Theresa Pearson**

**CONTINUED TO:**     **SEPTEMBER 25, 2020 AT 9:00 A.M.**

IT IS SO ORDERED:


/s/ Bruce A. Harwood     Date: 08/14/2020
Bruce A. Harwood
Chief Judge