UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
Theresa Pearson,                                                                Bk. No. 20-10424-BAH
       Debtor                                                               Chapter 13

## NOTICE OF AMENDMENT TO SCHEDULES I AND J

NOW COMES Theresa Pearson, by her attorneys, Notinger Law, P.L.L.C., and amends Schedules I and J as follows:

| Schedule Affected | Change |
|---|---|
| I | Debtor is self employed and her work is seasonal. The income reported was based on Debtor's off-season. The amended schedule I is a more accurate representation of debtor's income. |
| J | Debtor previously inadvertently miscalculated some of her expenses. |

I declare under penalty of perjury that I have read the foregoing Amendment to Schedules (Schedules I and J) and that it is true and correct to the best of my knowledge, information and belief.

Dated:  09/14/2020                                        /s/Theresa Pearson
                                                                           Theresa Pearson

                                                                           Respectfully submitted,
                                                                           Theresa Pearson
                                                                           By Her Attorneys
                                                                           Notinger Law, PLLC

Dated: 9/14/2020                           By:     /s/Steven M. Notinger
                                                                           Steven M. Notinger, BNH 03229
                                                                           PO Box 7010
                                                                           Nashua NH 03060
                                                                           (603) 888-0803
                                                                           steve@notingerlaw.com