UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In Re:  Theresa Pearson                                          Chapter 13
        Debtor                                                   Case No. 20-10424-BAH

I, Steven M. Notinger, hereby certify that on this date I served Debtor's Amended Schedules I, J and Summary of Assets and Liabilities upon the following in the manner prescribed:

Via CM/ECF  20-10424-BAH Notice will be electronically mailed to:

Brad C. Davis on behalf of Creditor Katherine Drisko
brad@davishuntlaw.com

Steven M. Notinger on behalf of Debtor Theresa Pearson
steve@notingerlaw.com, cheryl@notingerlaw.com;debbie@notingerlaw.com

Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov

Lawrence P. Sumski
SumskiCh13@gmail.comSteven M. Notinger on behalf of Debtor William L. Dickey
steve@notingerlaw.com, cheryl@notingerlaw.com;debbie@notingerlaw.com


Date: September 14, 2020                    /s/Steven M. Notinger
                                            Steven M. Notinger (BNH 03229)
                                            Notinger Law, PLLC
                                            PO Box 7010
                                            Nashua, NH 03060
                                            (603)888-0803
                                            steve@notingerlaw.com