| | | |
|---|---|---|
| Label Matrix for local noticing<br>0102-1<br>Case 20-10424-BAH<br>District of New Hampshire Live Database<br>Concord<br>Tue Jun  9 12:53:20 EDT 2020 | United States Bankruptcy Court<br>55 Pleasant Street<br>Room 200<br>Concord, NH 03301-3954 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>P.O. Box 183853<br>Arlington, TX 76096-3853 |
| Capital One<br>PO Box 71087<br>Charlotte, NC 28272-1087 | Discover<br>PO Box 71084<br>Charlotte, NC 28272-1084 | GM Financial<br>PO Box 183834<br>Arlington, TX 76096-3834 |
| JC Penney/Synchrony Bank<br>PO Box 965008<br>Orlando, FL 32896-5008 | John Laboe, Esquire<br>Laboe & Tasker, PLLC<br>6 Loudon Road<br>Suite 502<br>Concord, NH 03301-5321 | Katherine Drisko<br>21 Wheeler Road<br>Hollis, NH 03049-5927 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank<br>PO Box 660702<br>Dallas, TX 75266-0702 | Office of the U.S. Trustee<br>James C. Cleveland Building<br>53 Pleasant Street<br>Suite 2300<br>Concord, NH 03301-3937 |
| Sam's Club/Synchrony Bank<br>PO Box 980013<br>Orlando, FL 32896-0001 | TJX Rewards/Synchrony Bank<br>PO Box 530949<br>Atlanta, GA 30353-0949 | The Home Depot<br>PO Box 9001010<br>Louisville, KY 40290-1010 |
| (p)NH DEPARTMENT OF LABOR<br>95 PLEASANT ST<br>CONCORD NH 03301-3836 | Lawrence P. Sumski<br>Trustee<br>PO Box 329<br>Manchester, NH 03105-0329 | Steven M. Notinger<br>Notinger Law, PLLC<br>P.O. Box 7010<br>Nashua, NH 03060-7010 |
| Theresa Pearson<br>848 Rollins Road<br>Hopkinton, NH 03229-2661 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wage and Hour Administrator
NH Department of Labor
PO Box 2076
Concord, NH 03302-2076

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Katherine Drisko
21 Wheeler Road
Hollis, NH 03049-5927

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19