UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
<u>Theresa Pearson</u>,                                                                                    Bk. No. 20-10424-BAH
             Debtor                                                                              Chapter 13

## NOTICE OF CONTINGENT HEARING ON CONFIRMATION
## (RESPONSE REQUIRED)

    The debtor's Amended Plan dated September 15, 2020 is scheduled for a hearing on confirmation pursuant to 11 U.S.C. § 1324 before the United States Bankruptcy Court, Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire, on **<u>October 23, 2020 at 9:00 a.m.</u>**

    An order confirming the plan will be binding on all parties pursuant to 11 U.S.C. § 1327, except as provided by 11 U.S.C. § 1329.

    **YOUR RIGHTS MAY BE AFFECTED**. **You should read the attached plan carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

    If you have no objection to the confirmation of the debtor's plan dated September 15, 2020, no action is required by you. If you do object to the plan, or if you wish to be heard on any matter regarding its confirmation, you must file a written objection with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 on or before **<u>October 9, 2020</u>**.

    A copy of your objection or statement must be mailed or delivered to the undersigned debtor or debtor's attorney at the address set forth below, the chapter 13 trustee, and the United States Trustee, and a certificate of such action must be filed with the clerk. If you file an objection or statement, you must also appear at the hearing on the date and time set forth above.

    **If no objections are filed by the objection deadline stated above, <u>October 9, 2020</u>, the court may enter an order confirming the plan without a hearing.**

                                                       **Theresa Pearson**
                                                       **Chapter 13 Debtor**
                                                       **By Her Attorneys**

Date: <u>September 15, 2020</u>                                   <u>/s/Steven M. Notinger</u>
                                                       Steven M. Notinger (BNH 03229)
                                                       Notinger Law, PLLC
                                                       PO Box 7010
                                                       Nashua, NH 03060
                                                       (603)888-0803
                                                       steve@notingerlaw.com

LBF 3015-1B (Eff. 12/1/17)