UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In Re:  Theresa Pearson                                    Chapter 13
         Debtor                                            Case No. 20-10424-BAH

I, Steven M. Notinger, hereby certify that on this date I served Debtor's Amended Chapter 13 Plan dated September 15, 2020 and Notice of Contingent Hearing upon the following in the manner prescribed:

Via First Class Mail

Upon the Persons listed on the attached creditor service list.

Via CM/ECF  20-10424-BAH Notice will be electronically mailed to:

**20-10424-BAH Notice will be electronically mailed to:**

Brad C. Davis on behalf of Creditor Katherine Drisko
brad@davishuntlaw.com

Steven M. Notinger on behalf of Debtor Theresa Pearson
steve@notingerlaw.com, cheryl@notingerlaw.com;debbie@notingerlaw.com

Steven M. Notinger on behalf of Plaintiff Theresa Pearson
steve@notingerlaw.com, cheryl@notingerlaw.com;debbie@notingerlaw.com

Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov

Lawrence P. Sumski
SumskiCh13@gmail.com

Date: September 15, 2020                /s/Steven M. Notinger
                                         Steven M. Notinger (BNH 03229)
                                         Notinger Law, PLLC
                                         PO Box 7010
                                         Nashua, NH 03060
                                         (603)888-0803
                                         steve@notingerlaw.com

1