Docket Number: 2018000008189
Recorded in Merrimack County,NH
Kathi L. Guay,CPO, Register
BK: 3594 PG: 2212, 5/21/2018 10:44 AM
LCHIP $25.00 RECORDING $18.00
SURCHARGE $2.00

ENV Joan T. McLaughlin ESQ.

MERRIMACK COUNTY RECORDS

*Kathi L. Guay*, CPO, Register

10 50/00
2-
85-

## QUIT CLAIM DEED

KNOWN MEN BY ALL THESE PRESENTS, that I, Michael T. Pearson of Dover County of Strafford, State of New Hampshire 03820, for consideration paid grant all my right, title and interest to Katherine P. Drisko of 21Wheeler Road, P.O. Box 671, Hollis, County of Hillsborough, State of New Hampshire 03049 with QUIT CLAIM COVENANTS:

A CERTAIN PIECE OF PARCEL OF LAND, WITH THE BUILDINGS THEREON SITUATE ON THE SOUTHERLY SIDE OF THE HIGHWAY OVER BEECH HILL, SO-CALLED, IN HOPKINTON, COUNTY OF MERRIMACK AND STATE OF NEW HAMPSHIRE, BOUNDED AND DESCRIBED AS FOLLOWS, TO WIT;

BEGINNING AT THE STONE WALL ON THE SOUTHERLY SIDE OF THE ABOVE-MENTIONED HIGHWAY AND AT LAND OF FRANK H. AND EDWARD H. KIMBALL, SAME BEING THE NORTHERLY CORNER OF THE WITHIN DESCRIBED TRACT; THENCE

SOUTHERLY ALONG SAID WALL AND KIMBALL'S LAND TO A CORNER IN A STONE WALL AND LAND OF THE SAID KIMBALL; THENCE

EASTERLY BY STONE WALL AND THE SAID KIMBALL'S FORTY ONE FEET, SIX INCHES, BE THE SAME MORE OR LESS, TO STONE WALL AND LAND OF THE SAID KIMBALL; THENCE

SOUTHEASTERLY BY WALL AND LAND OF THE SAID KIMBALL FORTY ONE FEET, SIX INCHES, BE THE SAME MORE OR LESS, TO STONE WALL AND LAND OF THE SAID KIMBALL; THENCE

EASTERLY BY STONE WALL AND LAND OF THE SAID KIMBALL FOUR HUNDRED FIFTEEN FEET, SIX INCHES, BE THE SAME MORE OR LESS, TO A CORNER IN STONE WALL AND LAND OF THE SAID KIMBALL; THENCE

NORTHERLY BY STONE WALL AND HE SAID KIMBALL'S LAND TO THE HIGHWAY BEFORE MENTIONED; THENCE

WESTERLY BY SAID HIGHWAY TO STONE WALL AND LAND OF HE SAID KIMBALL, SAME BEING THE POINT OF BEGINNING.

CONTAINING FOUR ACRES, MORE OR LESS.

For Title reference see Deed dated July 31, 2007 and recorded in the Merrimack County Registry of Deeds, in Book 3012, Page, 1206. The Tenancy by Entirety was severed by a divorce decree in the matter of *Michael Pearson v. Theresa Pearson 6th Circuit-Family Division-Concord* Case Number **629-2011-DM-0036**

COMMONLY KNOWN AS:        848 Rollins Road, Contoocook (Hopkinton), NH 03229

MAP: 260,   Lot   004

Signed this ~~9th~~ 3rd day of ~~March~~ April 2018.

By: _____
    Michael T. Pearson


STATE OF ~~NEW HAMPSHIRE~~ CALIFORNIA
COUNTY OF ~~Merrimack~~ Los Angeles

On this ~~9st~~ 3rd day of ~~March~~ April, 2018 before me, he undersigned notary public, personally appeared, MICHAEL T. PEARSON, proved to me through satisfactory evidence of identification, be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

See Attached

_____
Notary Public

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On __04-03-2018__, before me, Vache Amirian, Notary Public, personally appeared __Michael Pearson__ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of State of California that the foregoing paragraph is true and correct.

[Notary Seal: VACHE AMIRIAN, COMM. #2061747, Notary Public - California, LOS ANGELES COUNTY, My Comm. Exp. Apr. 17, 2018]

WITNESS my hand and official seal.

SIGNATURE _____

PLACE NOTARY SEAL ABOVE

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of attached document**
Title or type of document: __Quit Claim Deed__

Document Date: _____  Number of Pages: _____

Signer(s) Other than Named Above: _____