## UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

| | |
|---|---|
| In re: | Bk. No. 20–10424–BAH<br>Chapter 13 |
| Theresa Pearson<br>     Debtor | |

### NOTICE OF TELEPHONIC HEARING

Pursuant to the Court's Eleventh General Order dated September 14, 2020 (which can be found on the Court's website at www.nhb.uscourts.gov), the hearing scheduled for **October 23, 2020 at 9:00 a.m.** in the above referenced case will be telephonic. Attorneys wishing to listen to or participate in the hearing shall utilize the services of CourtCall. All others interested in listening to or participating in the hearing must contact the courtroom deputy at 603–222–2644 to receive instructions on how to do so.

| | |
|---|---|
| Date: September 30, 2020 | Bonnie L. McAlary<br>Clerk of Court<br>By: /s/ P. Ptak<br>Deputy Clerk |

Form ntctelehrg–201