**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **In Re:** | \* | **Chapter 13** |
| | \* | **Case No. 20-10424-BAH** |
| **Theresa Pearson,** | \* | |
| **Debtor** | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF WITHDRAWAL OF DOCUMENT**

NOW COMES Theresa Pearson ("Debtor") and hereby WITHDRAWS the Response to Objection to Employment of Realtor filed on September 30, 2020 (Doc. 48).

                                            Respectfully submitted,
                                            Theresa Pearson,
                                            Chapter 13 Debtor
                                            By her attorneys:
                                            Notinger Law, PLLC

Dated: October 1, 2020        By:    /s/ Steven M. Notinger
                                            Steven M. Notinger, Esq. (BNH #03229)
                                            PO Box 7010
                                            Nashua, NH 03060
                                            (603) 888-0803
                                            steve@notingerlaw.com

## **CERTIFICATE OF SERVICE**

I, Steven M. Notinger, do hereby certify that a copy of the foregoing was this day forwarded to the following parties via CM/ECF:

Dated: October 1, 2020  By:  /s/ Steven M. Notinger
Steven M. Notinger, Esq. (BNH #03229)

**20-10424-BAH Notice will be electronically mailed to:**

Brad C. Davis on behalf of Creditor Katherine Drisko
brad@davishuntlaw.com

Brad C. Davis on behalf of Defendant Katherine Drisko
brad@davishuntlaw.com

Steven M. Notinger on behalf of Debtor Theresa Pearson
steve@notingerlaw.com, cheryl@notingerlaw.com;debbie@notingerlaw.com

Steven M. Notinger on behalf of Plaintiff Theresa Pearson
steve@notingerlaw.com, cheryl@notingerlaw.com;debbie@notingerlaw.com

Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov

Lawrence P. Sumski
SumskiCh13@gmail.com