UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

```
************************************
In Re:                              *    Chapter 13
                                    *    Case No.  20-10424-BAH
   Theresa Pearson,                 *
   Debtor                           *
                                    *
************************************
```

## NOTICE OF CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7

TO THE CLERK OF THE COURT AND TO INTERESTED PARTIES:

PLEASE TAKE NOTICE that Theresa Pearson, the above referenced Chapter 13 Debtor hereby provides notice pursuant to 11 U.S.C. §1307(a) and F. Bnk. R.P. 1017(f) that the within case is hereby converted from a Chapter 13 proceeding to a Chapter 7 proceeding.

                                  Respectfully submitted,

                                  Theresa Pearson
                                  By Her Attorneys
                                  Notinger Law, PLLC

Dated: 10/22/20                     By:   /s/ Steven M. Notinger
                                             Steven M. Notinger, BNH 03229
                                             PO Box 7010
                                             Nashua NH 03060
                                             (603) 888-0803
                                             steve@notingerlaw.com

     I declare under penalty of perjury that I have read the Notice of Conversion of Chapter 13 Case to Chapter 7 and that it is true and correct to the best of my knowledge, information and belief.

Dated: 10/22/20                                                      /s/ Theresa Pearson
                                                      Theresa Pearson

## CERTIFICATE OF SERVICE

I, Steven M. Notinger, do hereby certify that a copy of the foregoing was this day served in the manner(s) prescribed below.

<u>Via CM/ECF:</u>

**20-10424-BAH Notice will be electronically mailed to:**

Brad C. Davis on behalf of Creditor Katherine Drisko
brad@davishuntlaw.com

Steven M. Notinger on behalf of Debtor Theresa Pearson
steve@notingerlaw.com, cheryl@notingerlaw.com;debbie@notingerlaw.com

Steven M. Notinger on behalf of Plaintiff Theresa Pearson
steve@notingerlaw.com, cheryl@notingerlaw.com;debbie@notingerlaw.com

Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov

Lawrence P. Sumski
SumskiCh13@gmail.com

<u>Via First Class Mail, postage prepaid:</u>

Parties on the attached service list.

Dated: 10/22/20                             By:    /s/ Steven M. Notinger
                                                   Steven M. Notinger, BNH 03229