# EXCLUSIVE LISTING AGREEMENT / DESIGNATED AGENCY
## New Hampshire Association of REALTORS® Standard Form
This is to be construed as an unequivocal *Exclusive Right To Sell/Lease* between the Seller and the undersigned Firm.

 

1. The undersigned seller (including owner, heirs, personal representatives, administrators and assigns), **Theresa Pearson** ("SELLER"), hereby gives the undersigned **Keller Williams Metropolitan** ("FIRM"), on this date, **8/28/20** in consideration of **FIRM'S** agreement to list and promote the sale, lease or exchange of property located at **848 Rollins Rd. Hopkinton NH** owned by **SELLER** consisting of **5± acres 4 Br Colonial circa 1800±** and including any other property, real or personal, subsequently added thereto, recorded in the **Merrimack** County Registry of Deeds in Book **2902** Page **0461-2** ("PROPERTY"), the exclusive right to sell, lease or exchange said **PROPERTY** at a price of $ **339,000** on the terms herein stated, or at any other price and terms to which **SELLER** may authorize or consent. If, during the term of this Agreement, an individual or entity is procured who is ready, willing and able to purchase at said price, or upon another price and terms to which **SELLER** may agree, then **SELLER** agrees to pay **FIRM** a commission of **5½** of the contract price or **NA** of the lease amount or **N/A**.

2. **THIS AGREEMENT SHALL BE IN EFFECT** from **9/17/20** through **3/17/21** Upon full execution of a contract for sale and purchase of the **PROPERTY**, the expiration date of this Agreement shall automatically be extended to the closing date specified in the Purchase and Sales Agreement and shall remain that date even if the contract is canceled. It is understood that unless otherwise indicated below, **FIRM** will enter this listing into the Northern New England Real Estate Network Multiple Listing Service or any other appropriate multiple listing service (collectively "MLS") within 48 hours, which information shall be distributed electronically and by other means. The commission as provided above shall also be due if the **PROPERTY** is contracted to be sold or has been sold, leased, conveyed, exchanged or otherwise transferred within _____ months after the expiration or rescission of this Agreement to anyone whom **FIRM** has procured, unless the **PROPERTY** has been listed with another licensed broker on an exclusive basis. "Procurement" shall include, but not be limited to, providing information about the **PROPERTY**, showing the **PROPERTY**, or presenting offers on the **PROPERTY**. Should an escrow deposit on a fully executed Purchase and Sales Agreement be forfeited, ~~one half shall belong to the undersigned **SELLER** and one half shall belong to the above named **FIRM**~~ *TRP* as a fee for professional services, or **N/A 100% TRP**.

3. **DESIGNATED AGENCY.** This **FIRM** practices designated agency. This means that **SELLER** will be appointed a specific agent(s) who will represent **SELLER** in this transaction and who will owe **SELLER** the fiduciary duties of loyalty, obedience, disclosure, confidentiality, reasonable care, diligence and accounting. Only the **SELLER'S** designated agent(s) will represent **SELLER**. All other agents in **FIRM** will not represent **SELLER** and may represent a potential buyer. By signing this agreement, **SELLER** consents to designated agency and the appointment of **Steven Wolosky** as **SELLER'S** designated agent(s).

4. **DISCLOSED DUAL AGENCY. SELLER** acknowledges that real estate agents may represent both the buyer and seller in a transaction but only with the knowledge and written consent of both the buyer and seller. If the agent obtains written consent to represent both **SELLER** and the buyer, there is a limitation on agent's ability to represent either party fully and exclusively. Information obtained within the confidentiality and trust of the fiduciary relationship with one party must NOT be disclosed to the other party without prior written consent of the party to whom the information pertains.

If **SELLER** would like the property shown to buyers who are also represented by the **SELLER'S** designated agent(s), the potential for dual agency exists.

[X] **SELLER** hereby consents to dual agency showings. **SELLER** will be asked to sign a separate Dual Agency Informed Consent Agreement prior to considering an offer to purchase the property.

SELLER _Theresa R Pearson_    SELLER _____

[ ] At this time, **SELLER** does not consent to dual agency showings.

SELLER _____    SELLER _____

5. **DUTIES OF SELLER. SELLER** acknowledges duty to disclose to **FIRM** all pertinent information about the **PROPERTY**, adverse or otherwise, and **SELLER** understands that all such information will be disclosed by **FIRM** to potential purchaser. **SELLER** hereby agrees to hold **FIRM** harmless from any claims which may result from **SELLER'S** failure to disclose such information about the **PROPERTY**. If any pertinent fact, event or information about the **PROPERTY** comes to **SELLER'S** attention between signing this Exclusive Listing Agreement and the Property Disclosure, and the closing, **SELLER** will immediately notify the potential purchaser and **FIRM** of the same in writing.

6. **COOPERATION WITH OTHER BROKERS – SELLER** authorizes the following forms of cooperation:

| | | |
|---|---|---|
| (a) | Cooperate with licensees from other firms who accept **FIRM'S** offer of subagency. **FIRM'S** policy is to compensate the subagent a _____% commission of the contract price or _____ Pursuant to the requirements of NH RSA 331-A:25-b(I)(b)(4), **SELLER** is hereby notified that **SELLER** may be liable for the acts of **FIRM** and any sub-agents who are acting on behalf of the **SELLER** when **FIRM** or sub-agent is acting within the scope of the agency relationship. | [ ] Yes [X] No [ ] Not Offered by **FIRM** |
| (b) | Cooperate with licensees from other firms who will represent the interest of the buyer(s). **FIRM'S** policy is to compensate the buyer agent a **2½**% commission of the contract price or _____ | [X] Yes [ ] No [ ] Not Offered by **FIRM** |
| (c) | Cooperate with licensees from other firms who are not acting on behalf of the consumer either as a seller agent or buyer agent. **FIRM'S** policy is to compensate facilitators a **2½**% commission of the contract price or _____ | [X] Yes [ ] No [ ] Not Offered by **FIRM** |
| (d) | **COOPERATION ARRANGEMENTS THAT DIFFER FROM ABOVE WILL BE DETAILED UNDER "ADDITIONAL PROVISIONS."** | |
| (e) | [ ] **None of the Above. If this box is checked, property cannot be placed in MLS.** | |

© 2012 NEW HAMPSHIRE ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED. FOR USE BY NHAR REALTOR® MEMBERS ONLY. ALL OTHER USE PROHIBITED. 04.2012

## EXCLUSIVE LISTING AGREEMENT DESIGNATED AGENCY
### New Hampshire Association of REALTORS® Standard Form
This is to be construed as an unequivocal *Exclusive Right To Sell/Lease* between the Seller and the undersigned Firm.

 

**7. SPECIAL CONDITIONS – SELLER agrees:**

| | | |
|---|---|---|
| ☑Yes ☐No | A For Sale sign may be placed on the property. |
| ☑Yes ☐No | Property will be advertised and marketed at **FIRM'S** discretion. |
| ☑Yes ☐No | A key to the building will be on file with **FIRM**. |
| ☑Yes ☐No | Lock box may be placed on the property. |
| ☐Yes ☑No | **FIRM** must be present for all showings. |
| ☑Yes ☐No | Exterior pictures of the property may be taken. |
| ☑Yes ☐No | Interior pictures of the property may be taken. |
| ☑Yes ☐No | Video/virtual tour photography is allowed at **FIRM'S** discretion. |
| ☑Yes ☐No | **FIRM** may disclose existence of other offers. |
| ☑Yes ☐No | Property listing data may be submitted to MLS and may be used for comparables. |
| ☑Yes ☐No | Property address may be displayed on public websites. |
| ☑Yes ☐No | **SELLER'S** name may be submitted to any electronic database or MLS that may be accessed by persons other than **SELLER'S** broker. |

If "Yes" is checked above:

☑Yes ☐No  Property documents, excluding the Seller Disclosure Statement, may be submitted to any electronic database or MLS that may be accessed by: ☐agents other than **SELLER'S** broker and ☐members of the public.

☑Yes ☐No  Seller Disclosure Statement may be submitted to any electronic database or MLS that may be accessed by: ☐agents other than **SELLER'S** broker and ☐members of the public.

| | |
|---|---|
| ☑Yes ☐No | To authorize inclusion of automated estimate of market value (AVM) on the property shown on virtual office websites. |
| ☐Yes ☑No | To authorize inclusion of allowing comments or reviews about the listing on virtual office websites. |

**8. ADDITIONAL PROVISIONS** Commission is reduced to 4% if seller's agent also represents the buyer

This agreement can be declared null and void at any time prior to a fully executed P&S at the seller's sole discretion

THIS PROPERTY IS OFFERED PURSUANT TO FAIR HOUSING REGULATIONS, WITHOUT RESPECT TO AGE, RACE, COLOR, RELIGION, SEX, MENTAL OR PHYSICAL DISABILITY, FAMILIAL STATUS, SEXUAL ORIENTATION, MARITAL STATUS OR NATIONAL ORIGIN.  (I) (WE) HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF THIS AGREEMENT.

SELLER _Theresa R. Pearson_ DATE 8.28.20    SELLER _____ DATE _____

ADDRESS 848 Rollins Rd. Hopkinton NH STATE ZIP    ADDRESS CITY STATE ZIP

FIRM KW Metropolitan    BY Steven Wolosky TITLE Sales Associate DATE

ADDRESS 166 S. River Rd  CITY Bedford STATE NH ZIP 03110

© 2012 NEW HAMPSHIRE ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED. FOR USE BY NHAR REALTOR® MEMBERS ONLY. ALL OTHER USE PROHIBITED. 04.2012

# PROPERTY DISCLOSURE – RESIDENTIAL ONLY
New Hampshire Association of REALTORS® Standard Form

 

## TO BE COMPLETED BY SELLER

The following answers and explanations are true and complete to the best of SELLER'S knowledge. This statement has been prepared to assist prospective BUYERS in evaluating SELLER'S property. This disclosure is not a warranty of any kind by the SELLER, or any real estate FIRM representing the SELLER, and is not a substitute for any inspection by the BUYER. SELLERS authorize FIRM in this transaction to disclose the information in this statement to other real estate agents and to prospective buyers of this property.

NOTICE TO SELLER(S): COMPLETE ALL INFORMATION AND STATE NOT APPLICABLE OR UNKNOWN AS APPROPRIATE. IF ANY OF THE INFORMATION IN THIS PROPERTY DISCLOSURE FORM CHANGES FROM THE DATE OF COMPLETION, YOU ARE TO NOTIFY THE LISTING FIRM PROMPTLY IN WRITING.

1. SELLER: Theresa Pearson
2. PROPERTY LOCATION: 848 Rollins Rd Hopkinton, NH
3. CONDOMINIUM, CO-OP, PUD DISCLOSURE RIDER OR MULTIFAMILY DISCLOSURE RIDER ATTACHED?
   ☐ Yes  ☑ No
4. SELLER: ☑ has  ☐ has not occupied the property for 14 years.
5. WATER SUPPLY
   Please answer all questions regardless of type of water supply.
   a. TYPE OF SYSTEM: ☐ Public  ☑ Private  ☐ Seasonal _____  ☐ Unknown
      ☑ Drilled  ☐ Dug  ☐ Other
   b. INSTALLATION: Location: Front of house - red bucket upside down on top of well head.
      Installed By: St. Onge - new well pump 2010  Date of Installation: 1996
      What is the source of your information? County documents
   c. USE: Number of persons currently using the system: _____
      Does system supply water for more than one household? ☐ Yes  ☐ No
   d. MALFUNCTIONS: Are you aware of or have you experienced any malfunctions with the (public/private/other) water systems?
      Pump: ☑ Yes  ☐ No  ☐ N/A  Quantity: ☐ Yes  ☐ No
      Quality: ☐ Yes  ☐ No  ☐ Unknown
      If YES to any question, please explain in Comments below or with attachment.
   e. WATER TEST: Have you had the water tested? ☐ Yes  ☑ No  Date of most recent test _____
      IF YES to any question, please explain in Comments below or with attachment.
      Are you aware of any test results reported as unsatisfactory or satisfactory with notations? ☐ Yes  ☑ No
      IF YES, are test results available? ☐ Yes  ☐ No  What steps were taken to remedy the problem? _____

   COMMENTS: _____

6. SEWAGE DISPOSAL SYSTEM
   a. TYPE OF SYSTEM: Public: ☐ Yes  ☑ No  Community/Shared: ☐ Yes  ☑ No
      Private: ☑ Yes  ☐ No  ☐ Unknown
   b. IF PUBLIC OR COMMUNITY/SHARED
      Have you experienced any problems such as line or other malfunctions? ☐ Yes  ☑ No
      What steps were taken to remedy the problem? _____
   c. IF PRIVATE:
      TANK: ☑ Septic Tank  ☐ Holding Tank  ☐ Cesspool  ☐ Unknown  ☐ Other _____
      Tank Size 1500 Gal.  ☐ Unknown  ☐ Other _____
      Tank Type ☑ Concrete  ☐ Metal  ☐ Unknown  ☐ Other _____
      Location: East of house  ☐ Location Unknown  Date of Installation: _____
      Date of Last Servicing: 2016 - Clean  Name of Company Servicing Tank: Henniker Septic
      Have you experienced any malfunctions? ☐ Yes  ☑ No
      Comments: _____
   d. LEACH FIELD: ☑ Yes  ☐ No  ☐ Other _____
      If YES, Location: East of house  Size _____  ☐ Unknown
      Date of installation of leach field: 1996  Installed By: St. Onge
      Have you experienced any malfunctions? ☐ Yes  ☑ No
      Comments _____
   e. IS SYSTEM LOCATED IN A SHORELAND ZONE? ☐ Yes  ☑ No  ☐ Unknown
      If YES, has a site assessment been done? ☐ Yes  ☐ No  ☐ Unknown
      Source of Information: _____
      Comments: _____

SELLER(S) INITIALS TP / ___   BUYER(S) INITIALS ___ / ___

© 2012 NEW HAMPSHIRE ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED. FOR USE BY NHAR REALTOR® MEMBERS ONLY. ALL OTHER USE PROHIBITED. 04.2012
PAGE 1 OF 4

PROPERTY LOCATION: _848 Rollins Rd Hopkinton, NH_

7. **INSULATION**

| LOCATION | Yes | No | Unknown | If YES, Type | Amount | Unknown |
|---|---|---|---|---|---|---|
| Attic or Cap | ☐ | ☐ | ☑ | _____ | _____ | ☐ |
| Crawl Space | ☐ | ☐ | ☑ | _____ | _____ | ☐ |
| Exterior Walls | ☐ | ☐ | ☑ | _____ | _____ | ☐ |
| Floors | ☐ | ☐ | ☑ | _____ | _____ | ☐ |
|  | ☐ | ☐ | ☐ | _____ | _____ | ☐ |

8. **HAZARDOUS MATERIAL**

   a. UNDERGROUND STORAGE TANKS – Current or previously existing:
   Are you aware of any past or present underground storage tanks on your property? ☐ Yes ☑ No ☐ Unknown
   If YES: Are tanks currently in use? ☐ Yes ☐ No
   If NO: How long have tank(s) been out of service? _____
   What materials are, or were, stored in the tank(s)? _____
   Age of tank(s): _____ Size of tank(s): _____
   Location: _____
   Are you aware of any past or present problems such as leakage, etc? ☐ Yes ☐ No Comments: _____

   If tanks are no longer in use, have the tanks been removed? ☐ Yes ☐ No ☐ Unknown

   b. ASBESTOS – Current or previously existing:
   As insulation on the heating system pipes or ducts? ☐ Yes ☐ No ☑ Unknown
   In the siding? ☐ Yes ☐ No ☑ Unknown   In the roofing shingles? ☐ Yes ☐ No ☑ Unknown
   In flooring tiles? ☐ Yes ☐ No ☑ Unknown   Other _____ ☐ Yes ☐ No ☐ Unknown
   If YES, Source of information: _____
   Comments: _____

   c. RADON/AIR – Current or previously existing:
   Has the property been tested? ☐ Yes ☑ No ☐ Unknown
   If YES: Date: _____ By: _____
   Results: _____ If applicable, what remedial steps were taken? _____
   Has the property been tested since remedial steps? ☐ Yes ☐ No
   Are test results available? ☐ Yes ☐ No Comments: _____

   d. RADON/WATER – Current or previously existing:
   Has the property been tested? ☐ Yes ☑ No ☐ Unknown
   If YES: Date: _____ By: _____
   Results: _____ If applicable, what remedial steps were taken? _____
   Has the property been tested since remedial steps? ☐ Yes ☐ No ☐
   Are test results available? ☐ Yes ☐ No Comments: _____

   e. LEAD-BASED PAINT – Current or previously existing:
   Are you aware of lead-based paint on this property? ☐ Yes ☑ No
   If YES: Source of information: _____
   Are you aware of any cracking, peeling, or flaking lead-based paint? ☐ Yes ☑ No
   Comments: _____

   f. Are you aware of any other hazardous materials? ☐ Yes ☑ No
   If YES: Source of information: _____

   Comments: _____

SELLER(S) INITIALS [initials] / [   ]          BUYER(S) INITIALS [   ] / [   ]

© 2012 NEW HAMPSHIRE ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED. FOR USE BY NHAR REALTOR® MEMBERS ONLY. ALL OTHER USE PROHIBITED. 04,2012
PAGE 2 OF 4

PROPERTY LOCATION: ___848 Rollins Rd Hopkinton NH 03229___

9.  **GENERAL INFORMATION**

a.  Is this property subject to liens, encroachments, easements, rights-of-way, leases, restrictive covenants, attachments, life estates, or right of first refusal?
☐ Yes  ☒ No  ☐ Unknown  If YES, Explain: _____
What is your source of information? _n/a_____

b.  Is this property subject to special assessments, betterment fees, association fees, or any other transferable fees?
☐ Yes  ☒ No  ☐ Unknown  If YES, Explain: _____
What is your source of information? _____

c.  Are you aware of any onsite landfills or any other factors, such as soil, flooding, drainage, etc?
☐ Yes  ☒ No  If YES, Explain: _____

d.  Are you aware of any problems with other buildings on the property? ☒ Yes ☐ No If YES, Explain: _Foundation + reinforcement needed on ba..._

e.  Are you receiving a tax exemption for this property for any reasons? ☐ Yes ☒ No ☐ Unknown
If YES, Explain: _____

f.  Is any part of this property in Current Use? ☐ Yes ☐ No ☐ Unknown If YES, Explain: _____

g.  Is this property located in a Federally Designated Flood Zone? ☐ Yes ☒ No ☐ Unknown

h.  Has the property been surveyed? ☐ Yes ☒ No ☐ Unknown If YES, By _____
If YES, is survey available? ☐ Yes ☐ No ☐ Unknown

i.  How is the property zoned? _R4_

j.  Heating System  Age: _2012_ Type: _oil fed boiler_ Fuel: _oil_ Tank/Location: _celbr S.E. corner_
Owner of Tank: _owner of home_
Annual Fuel Consumption: _varies_ Price: _market_ Gallons: _____
Comments: _____

k.  Roof Age: _2005 2007_ Type of Roof Covering: _shingles w/liner_
Moisture or leakage: _garage/barn_
Comments: _____

l.  Foundation/Basement: ☐ Full ☒ Partial ☐ Other: _____ ☐ Type: _-_
Moisture or leakage: _some dampness + water in the spring or_
Comments: _when there are heavy rains. Drains quickly_

m.  Chimney(s)  How Many? _3_ Lined? _2 lined_ Last Cleaned: _2018_ Problems? _none_

n.  Plumbing  Type: _copper + older (unknown)_ Age: _1996_
Comments: _____

o.  Domestic Hot Water: Age: _New in 2012_ Type: _electric_ Gallons: _40_

p.  Electrical System Amps: _200_ ☒ Circuit Breakers ☐ Fuses
Comments: _____

q.  Modifications: Are you aware of any modifications or repairs made without the necessary permits? ☐ Yes ☒ No
If Yes, please explain: _____

r.  Pest Infestation:  Are you aware of any past or present pest infestations? ☐ Yes ☒ No  Type: _____
Comments: _____

s.  Methamphetamine Production: Do you have knowledge of methamphetamine production ever occurring on the property?
(Per RSA 477:4-g) ☐ Yes ☒ No If YES, please explain: _____

t.  Other (e.g. Alarm System, Irrigation System. etc.) _____

**NOTICE TO PURCHASER(S):** PRIOR TO SETTLEMENT YOU SHOULD EXERCISE WHATEVER DUE DILIGENCE YOU DEEM NECESSARY WITH RESPECT TO ADJACENT PARCELS IN ACCORDANCE WITH THE TERMS AND CONDITIONS AS MAY BE CONTAINED IN PURCHASE AND SALES AGREEMENT AND DEPOSIT RECEIPT. YOU SHOULD EXERCISE WHATEVER DUE DILIGENCE YOU DEEM NECESSARY WITH RESPECT TO INFORMATION ON ANY SEXUAL OFFENDERS REGISTERED UNDER NH RSA CHAPTER 651-B. SUCH INFORMATION MAY BE OBTAINED BY CONTACTING THE LOCAL POLICE DEPARTMENT.

SELLER(S) INITIALS _TPP_ / ___     BUYER(S) INITIALS ___ / ___

© 2012 NEW HAMPSHIRE ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED. FOR USE BY NHAR REALTOR® MEMBERS ONLY. ALL OTHER USE PROHIBITED. 04.2012

TO BE COMPLETED BY SELLER

PROPERTY LOCATION: _848 Rollins Rd Hopkinton NH_

10. ADDITIONAL INFORMATION
    a. ATTACHMENT EXPLAINING CURRENT PROBLEMS, PAST REPAIRS, OR ADDITIONAL INFORMATION?
      ☐ Yes ☐ No
    b. ADDITIONAL COMMENTS: _____

> Barn foundation needs to be re-inforced; seller will issue a $15,000.00 credit at time of closing, to be used as needed for this and any other potential issues.

ACKNOWLEDGEMENTS:

SELLER ACKNOWLEDGES THAT HE/SHE HAS PROVIDED THE ABOVE INFORMATION AND THAT SUCH INFORMATION IS ACCURATE, TRUE AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE. SELLER AUTHORIZES THE LISTING BROKER TO DISCLOSE THE INFORMATION CONTAINED HEREIN TO OTHER BROKERS AND PROSPECTIVE PURCHASERS.

SELLER(S) MAY BE RESPONSIBLE AND LIABLE FOR ANY FAILURE TO PROVIDE _KNOWN_ INFORMATION TO BUYER(S).

_Theresa R Pearson 8._

| SELLER | DATE | SELLER | DATE |
|---|---|---|---|

BUYER ACKNOWLEDGES RECEIPT OF THIS PROPERTY DISCLOSURE RIDER AND HEREBY UNDERSTANDS THE PRECEDING INFORMATION WAS PROVIDED BY SELLER AND IS NOT GUARANTEED BY BROKER/AGENT. THIS DISCLOSURE STATEMENT IS NOT A REPRESENTATION, WARRANTY OR GUARANTY AS TO THE CONDITION OF THE PROPERTY BY EITHER SELLER OR BROKER. BUYER IS ENCOURAGED TO UNDERTAKE HIS/HER OWN INSPECTIONS AND INVESTIGATIONS VIA LEGAL COUNSEL, HOME, STRUCTURAL OR OTHER PROFESSIONAL AND QUALIFIED ADVISORS AND TO INDEPENDENTLY VERIFY INFORMATION DIRECTLY WITH THE TOWN OR MUNICIPALITY.

| BUYER | DATE | BUYER | DATE |
|---|---|---|---|

© 2012 NEW HAMPSHIRE ASSOCIATION OF REALTORS®. INC. ALL RIGHTS RESERVED. FOR USE BY NHAR REALTOR® MEMBERS ONLY. ALL OTHER USE PROHIBITED. 04.2012
PAGE 4 OF 4

# DISCLOSURE OF INFORMATION ON LEAD-BASED PAINT
## AND/OR LEAD-BASED HAZARDS FOR HOUSING SALES

This Disclosure Form is from the National Lead Information Center under the United States Environmental Protection Agency. This is not a New Hampshire Association of REALTORS® form.

Property Address: _848 Rollins Rd    Hopkinton NH_

**Lead Warning Statement**

*Every purchaser of any interest in residential property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.*

**Seller's Disclosure**

(a)  Presence of lead-based paint and/or lead-based paint hazards (check (i) or (ii) below):

(i)  ☐ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

_____

(ii) ☒ Seller has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

(b)  Records and reports available to the seller (check (i) or (ii) below):

(i)  ☐ Seller has provided the purchaser with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

_____

(ii) ☒ Seller has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Purchaser's Acknowledgement** (initial)

☐ (c) ☐ Purchaser has received copies of all information listed above.

☐ (d) ☐ Purchaser has received the pamphlet *Protect Your Family from Lead in Your Home.*

(e)  Purchaser has (check (i) or (ii) below):

(i)  ☐ received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; or

(ii) ☐ waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

**Agent's Acknowledgement** (initial)

(f)  ☐ Agent has informed the seller of the seller's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| Seller _Theresa P Pearson_ | Date _8·28·20_ | Seller | Date |
|---|---|---|---|
| Purchaser | Date | Purchaser | Date |
| Agent | Date | Agent | Date |

© 2009 NEW HAMPSHIRE ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED. FOR USE BY NHAR REALTOR® MEMBERS ONLY. ALL OTHER USE PROHIBITED. 01.2009