## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

```
************************************
In Re:                              *     Chapter 7
                                    *     Case No. 20-10424-BAH
    Theresa Pearson                 *
                                    *
        Debtor(s)                   *
************************************
```

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

NOW COMES Theresa Pearson, Debtor, by and through her attorneys Notinger, Law, PLLC in the above-captioned matter and gives Notice that the Debtor Theresa Pearson's address has changed:

FROM:                              TO:

Theresa Pearson                    Theresa Pearson
848 Rollins Road                   1029 US Route 3, Unit 3A
Hopkinton, NH 03229-2661           Campton, NH 03223

The Debtor requests that the Court update the docket accordingly with the Debotr's new address.

                                        Respectfully Submitted,
                                        Theresa Pearson, Debtor
                                        By Her Attorneys

Dated:  December 29, 2020                    /s/ Steven M. Notinger
                                        Steven M. Notinger, Esq., BNH 03229
                                        NOTINGER LAW, PLLC
                                        PO Box 7010
                                        Nashua, NH  03060-7010
                                        (603) 888-0803
                                        steve@notingerlaw.com

## **CERTIFICATE OF SERVICE**

      I, Steven M. Notinger, do hereby certify that I have, this day, forwarded a copy of the foregoing to the following parties by CM/ECF or first class mail, postage prepaid, as indicated:

**20-10424-BAH Notice will be electronically mailed to:**

Brad C. Davis on behalf of Creditor Katherine Drisko
brad@davishuntlaw.com

Brad C. Davis on behalf of Defendant Katherine Drisko
brad@davishuntlaw.com

Olga L. Gordon
ogordon@murthalaw.com, MA40@ecfcbis.com;jbabula@murthalaw.com;lmulvehill@murthalaw.com

Olga L. Gordon on behalf of Trustee Olga L. Gordon
ogordon@murthalaw.com, jbabula@murthalaw.com;lmulvehill@murthalaw.com

Steven M. Notinger on behalf of Debtor Theresa Pearson
steve@notingerlaw.com, cheryl@notingerlaw.com;debbie@notingerlaw.com

Steven M. Notinger on behalf of Debtor's Attorney Notinger Law, PLLC
steve@notingerlaw.com, cheryl@notingerlaw.com;debbie@notingerlaw.com

Steven M. Notinger on behalf of Plaintiff Theresa Pearson
steve@notingerlaw.com, cheryl@notingerlaw.com;debbie@notingerlaw.com

Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov

Lawrence P. Sumski
SumskiCh13@gmail.com


Dated:  December 29, 2020              /s/ Steven M. Notinger
                                                    Steven M. Notinger, Esq., BNH 03229